830

**UNITED STATES of America v. Martin DUBIN, Appellant.**

No. 8729.

Circuit Court of Appeals, Third Circuit.

Argued Nov. 20, 1944.

Decided Nov. 21, 1944.

George R. Sommer, of Newark, N. J., for appellant.

Charles A. Stanziale, Asst. U. S. Atty., of Newark, N. J. (Thorn Lord, U. S. Atty., of Trenton, N. J., and Samuel Cohen, Attorney in Charge, Alcohol Tax Unit, of Newark, N. J., on the brief), for appellee.

Before MARIS and GOODRICH, Circuit Judges, and SCHOONMAKER, District Judge.

PER CURIAM.

The judgment of the District Court is affirmed.

**UNITED STATES of America v. Emanuel KREMER et al., Appellants.**

No. 8648.

Circuit Court of Appeals, Third Circuit.

Argued Nov. 20, 1944.

Decided Nov. 21, 1944.

Frederic M. P. Pearse, of Newark, N. J., for appellant.

Charles A. Stanziale, Asst. U. S., Atty., of Newark, N. J. (Thorn Lord, U. S. Atty., of Trenton, N. J., and Samuel Cohen, Attorney in Charge, Alcohol Tax Unit, of Newark, N. J., on the brief), for appellee.

Before MARIS and GOODRICH, Circuit Judges, and SCHOONMAKER, District Judge.

PER CURIAM.

The judgment of the District Court is affirmed.

**PUBLIC OPERATING CORPORATION, Appellee, v. Irving SCHNEIDER, Trustee, Appellant.**

No. 133.

Circuit Court of Appeals, Second Circuit.

Dec. 21, 1944.

Besse E. Kessler and Harry Le Roy Schulman, both of Brooklyn, N. Y., for appellant.

Judith Y. Kirschenbaum and Abraham O. Chasser, both of New York City, for appellee.

Before L. HAND, AUGUSTUS N. HAND and FRANK, Circuit Judges.

PER CURIAM.

Affirmed on authority of In re Lipman, 2 Cir., 65 F.2d 366.